■ Dion Charles, an Infant, by His Parent and Natural Guardian, Noemi Carambot, et al., Respondents, v Adelaide Fisher, Appellant.— Order, Supreme Court, Bronx County, entered February 16, 1977, granting plaintiffs' motion to set aside the jury verdict in favor of defendant and directing a new trial, is unanimously reversed, on the law and the facts, and the motion to set aside the verdict and for a new trial, is denied, and the verdict is reinstated, without costs and without disbursements. It appears without substantial contradiction that the note left among the papers in the jury room by the alternate juror upon her discharge was never read by any of the other jurors, and thus did not prejudice plaintiffs. Concur—Kupferman, J. P., Silverman, Lane and Markewich, JJ.

■ Comexport (U. S. A.) Inc., Respondent, v Fab-Rite Laminating Corp., Appellant.—Judgment, Supreme Court, New York County, entered May 10, 1977, granting a permanent stay of arbitration is unanimously reversed so far as appealed from, on the law, and the matter is remanded to the Supreme Court for a hearing on the issue of whether there was a valid agreement of arbitration, with $40 costs and disbursements of this appeal to appellant. The fact pattern in this case is very close to that considered in *Matter of Lensol Fabrics Co. (Arcola Fabrics Corp.)* (46 AD2d 753), and as in the *Lensol* case, on this fact pattern, we think a hearing is required. Concur —Kupferman, J. P., Birns, Silverman and Lane, JJ.